UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRANK FIGUEROA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-10-374 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING MOTION TO SUSPEND

Petitioner has filed a motion titled a Motion to Suspend Rule 3(d) of the Federal Rules of Appellate Procedure. Petitioner requests that he not be required to provide the Clerk with extra copies of his notice of appeal, which is required by Rule 3(a)(1) of the Federal Rules of Appellate Procedure. FED. R. APP. P. 3(a)(1). Accordingly, petitioner's motion to suspend Rule 3(d), treated as motion to suspend Rule 3(a)(1) (D.E. 48) is granted.

ORDERED this 2nd day of September, 2011.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE