UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRANK FIGUEROA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-10-374 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On August 16, 2012, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that petitioner's motion (D.E. 63) be denied; that insofar as petitioner seeks review of claims which are successive, those claims be denied without prejudice so that petitioner may seek leave of the Fifth Circuit to file a successive petition; and that a Certificate of Appealability be denied.  On September 4, 2012, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that petitioner's motion (D.E. 63) is denied.  It is further ORDERED that insofar as petitioner seeks review of claims which are successive, those claims

are denied without prejudice so that he may seek leave of the Fifth Circuit to file a successive petition.  Certificate of Appealability is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 5th day of September, 2012.

_____
Janis Graham Jack
Senior United States District Judge